# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| CHARLES A. RIPPY, JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:14-cv-00037-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN OF CENTRAL PRISON, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2014 Order.

April 3, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court